In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-03-00897-CR

 01-03-00898-CR

____________


ANGEL TELLO, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 184th District Court

Harris County, Texas

Trial Court Cause Nos. 857206 and 857144






MEMORANDUM OPINION

 Appellant pleaded guilty to charges of aggravated assault and aggravated
robbery after having reached plea bargain agreements with the State. The trial court
followed the plea agreements and sentenced appellant to confinement for seven years
in each case. Timely notice of appeal was filed. We dismiss for lack of jurisdiction.

 Rule 25.2(a) of the Texas Rules of Appellate Procedure provides that, in a
plea-bargained case in which the punishment assessed does not exceed the plea
agreement, a defendant may appeal only those matters that were raised by written
motion filed and ruled on before trial, or after getting the trial court's permission to
appeal. Tex. R. App. P. 25.2(a)(2). The trial court's certification of defendant's right
to appeal in each case states that this is a plea-bargained case and the defendant has
no right to appeal. See Tex. R. App. P. 25.2(d).

 We also note that appellant waived his right to appeal in each case. See
Buck v. State, 45 S.W.3d 275, 278 (Tex. App.--Houston [1st Dist.] 2001, no pet.).

 Accordingly, we dismiss the appeals for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Keyes and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).